**Opinion issued May 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-12-00436-CR

—————————————

## IN RE CHARLES H. FOWLER, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Charles H. Fowler filed a petition for writ of mandamus complaining that the Honorable Joan Campbell, presiding judge of the 248th District Court, Harris County, refused to docket Relator's post-conviction application for writ of habeas corpus and/or directed her subordinates to return the application to him and incorrectly instruct him to re-file it as an Article 11.07 petition (felony convictions)

even though it was an Article 11.09 petition (misdemeanor convictions). *See* TEX.

CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2012), art. 11.09 (West 2005).

The petition for writ of mandamus is **denied**.

## PER CURIAM

Panel consists of Justices Keyes, Sharp, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).